324

Soft-Lite Lens Company, Inc., Plaintiff, v. Benjamin D. Ritholz et al., Appellants.

Appeal from Decree in Favor of Master Isidore Brown, Appellee.

Gen. No. 41,300.

opinion filed January 22, 1941; rehearing denied February 5, 1941. Max E. Stein, for appellants; Lawrence J. West and Albert Langeluttig, for appellee. Opinion by PRESIDING JUSTICE HEBEL. ''Not to be published in full.''